# United States Court of Appeals for the Federal Circuit

---

**IROBOT CORPORATION,**
*Appellant*

**v.**

**SHARKNINJA OPERATING LLC, SHARKNINJA MANAGEMENT LLC, SHARKNINJA SALES COMPANY,**
*Cross-Appellants*

---

2023-1398, 2023-1416

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00544.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

August 7, 2024
Date

Jarrett B. Perlow
Clerk of Court